Gary STUART, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 572, 2015

Supreme Court of Delaware.

Submitted: October 28, 2015

Decided: November 5, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 0606006590.

DISMISSED.

Carlos ORTIZ, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 444, 2015

Supreme Court of Delaware.

Submitted: October 12, 2015

Decided: November 5, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 0208005710

AFFIRMED.

Ronnell DeCarlos JACOBS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 587, 2014

Supreme Court of Delaware.

Submitted: October 14, 2015

Decided: November 5, 2015

Court Below: Superior Court of the State of Delaware in and for Sussex County, No. 1211023323.

AFFIRMED.

Gerald PAULLEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 254, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 5, 2015

Court Below—Superior Court of the State of Delaware in and for Sussex County, No. 1301010871.

AFFIRMED.